UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUMAR PERLOTE,

                    Plaintiff,

        -against-

EQUIFAX INFORMATION SERVICES LLC,
TRANSUNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., CAPITAL
ONE BANK (USA), N.A., PENTAGON
FEDERAL CREDIT UNION, GOLDMAN SACHS
BANK USA,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/13/2026_____

26 Civ. 1494 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 26, 2026, the Court directed the parties to file a joint letter and jointly proposed case management plan by April 27, 2026. *See* ECF No. 7. That submission is overdue. Accordingly, by **May 26, 2026**, the parties shall file a joint letter and jointly proposed case management plan.

SO ORDERED.

Dated: May 13, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge