USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:     5/29/2026

**ADAM J. FISHBEIN**
ATTORNEY AT LAW
735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
fishbeinadamj@gmail.com

May 20, 2026

**VIA ECF**
The Honorable Analisia Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Perlote v. Equifax et al**
**(Experian and Capital One)**
      **26 CV 1494 (AT)**

Dear Judge Torres:

I represent the plaintiff in the above matter.  This letter is submitted for an application, upon consent, to adjourn the date to submit a joint letter and proposed scheduling order by May 26, 2026 and is written in accordance with Rule 1C of the Court's individual rules.

The original date for the said submission was April 27, 2026.  The Court sua sponte set a new deadline of May 26, 2026.  There were no other requests to adjourn.

In the meantime, the Plaintiff has updated the Court and has resolved the matter with most of the Defendants, with Experian and Capital One remaining in the action.  It is possible that the Plaintiff will be able to resolve the matter in the next thirty days with the remaining Defendants, and we are in the midst of determining if that will happen.

Therefore, Plaintiff requests that the submission date of May 26, 2026 be adjourned for thirty days.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

 /s/
Adam J. Fishbein

CC:  Counsel of Record via ECF

GRANTED.  Plaintiff and Defendants Experian and Capital One shall file a status update regarding settlement discussions by **June 22, 2026**.  The deadline for the parties to submit a joint letter and proposed case management plan, *see* ECF Nos. 7, 25, is ADJOURNED *sine die*, pending the parties' settlement update. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 32.

SO ORDERED.

Dated:  May 29, 2026
      New York, New York

ANALISA TORRES
United States District Judge