USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUMAR PERLOTE,

Plaintiff,

-against-

TRANSUNION LLC, PENTAGON FEDERAL CREDIT UNION, GOLDMAN SACHS BANK USA,

Defendants.

26 Civ. 1494 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 19, 2026, counsel for Plaintiff wrote the Court stating that stipulations of dismissal "have been filed concerning all defendants." ECF No. 49. The Court is still not in receipt of a stipulation of dismissal for Defendant Goldman Sachs Bank USA nor for Defendant TransUnion LLC, despite having ordered the parties to submit stipulations as to all parties by July 20, 2026. *See* ECF Nos. 35, 37. The parties are instructed to file their dismissals by **July 27, 2026**.

On July 22, 2026, counsel for Plaintiff and Defendant Pentagon Federal Credit Union filed a stipulation of voluntary dismissal. *See* ECF No. 51. The dismissal is GRANTED. The Clerk of Court is respectfully instructed to terminate Defendant Pentagon Federal Credit Union from the docket.

SO ORDERED.

Dated: July 22, 2026
New York, New York

ANALISA TORRES
United States District Judge