USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUMAR PERLOTE,

Plaintiff,

-against-

TRANSUNION LLC, GOLDMAN SACHS BANK USA,

Defendants.

26 Civ. 1494 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 22, 2026, the Court instructed the parties to file stipulations of voluntary dismissal for Defendant Goldman Sachs Bank USA and Defendant TransUnion LLC by July 27, 2026. *See* ECF No. 52. That deadline has passed. By **September 1, 2026**, the parties shall submit their stipulations.

SO ORDERED.

Dated: August 24, 2026
New York, New York

ANALISA TORRES
United States District Judge